# United States Court of Appeals

### For the Eighth Circuit

_____

No. 21-1185

_____

Pius Barikpoa Nwinee

*Plaintiff - Appellant*

v.

Bellefontaine Habilitation Center; St. Louis Developmental Disabilities Treatment
Centers; Melisa Theis, acting Director, OA

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 30, 3021
Filed: September 2, 2021
[Unpublished]

_____

Before BENTON, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

In this employment action, Pius Nwinee appeals the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

—————————————————

[1]The Honorable John M. Bodenhausen, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).